**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00315-CV

**YASEEN EDUCATIONAL SOCIETY, Appellant**

**V.**

**ISLAMIC ASSOCIATION OF ARABI, LTD, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11706**

## ORDER

The Court has before it appellant's April 10, 2013 unopposed motion for leave to file amended brief of appellant. The Court **GRANTS** the motion and **ORDERS** that the amended brief tendered by appellant on April 10, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
        JUSTICE